Cole Creamery Co. v. McDonald.

DAVID COLE CREAMERY CO., APPELLEE, V. HENRY S. MCDON-
ALD ET AL., APPELLANTS.    No. 18,796.
KIRSCHBRAUN & SONS V. MCDONALD.    No. 18,797.
BUSHMAN WAREHOUSE CO. V. MCDONALD.    No. 18,798.
WOLLSTEIN & CO. V. MCDONALD.    No. 18,801.
ROSSO FRUIT CO. V. MCDONALD.    No. 18,802.
MID-WEST ELECTRIC CO. V. MCDONALD.    No. 18,803.
EMERSON-BRANTINGHAM IMPLEMENT CO. V. MCDONALD.
No. 18,804.
BERTSCHY GARAGE V. MCDONALD.    No. 18,805.
CHICAGO LIQUOR HOUSE V. MCDONALD.    No. 18,806.
BLOTCKY V. MCDONALD.    No. 18,807.
CASE PLOW WORKS V. MCDONALD.    No. 18,808.

FILED JANUARY 2, 1915.

APPEAL from the district court for Douglas county:
WILLIS G. SEARS, JUDGE.    *Reversed.*

*George A. Magney, Charles Haffke, Benjamin S. Ba
ker* and *John A. Rine,* for appellants.

*R. M. Switzler, contra.*

LETTON, J.

The point involved in each of the above entitled cases
is identical with that decided in the case of *Farmers Co-
operative Creamery & Supply Co. v. McDonald, ante, p.*
510. For the reasons given in that case, the judgment of
the district court is

REVERSED.